Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CIV-S-03-2272 GEB PAN |
| Plaintiff, | Hon. Judge Garland E. Burrell, Jr. |
| vs. | **[PROPOSED] ORDER DISMISSING DEFENDANT LUIS IBARRA** |
| IBARRA, et al., | |
| Defendants. | |

Having read the Request for Voluntary Dismissal of Defendant LUIS IBARRA filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant LUIS IBARRA only;

2. Each party shall bear its/his own attorney's fees and costs incurred in this action to date.

DATED: 5/12/2005

/s/ Garland E. Burrell, Jr.

**GARLAND E. BURRELL, JR.**
United States District Judge

BNFY 549528v1                    1                    (CIV-S-03-2272 GEB PAN)

**[PROPOSED] ORDER DISMISSING DEFENDANT LUIS IBARRA**