IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDY RAKSTAD,[1]<br><br>  Defendant. | NO. CV S-03-2272 GEB PAN<br><br>ORDER RE SETTLEMENT<br>AND DISPOSITION |

On June 30, 2005, Plaintiff filed a "Notice of Settlement with Defendant Andy Rakstad" which states this case has settled. The parties have until 4:30 p.m. on August 10, 2005, to either file a document dismissing this action or to lodge a proposed order which could effect dismissal. See L.R. 16-160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

///

///

///

---

[1] The caption is amended to reflect that Andy Rakstad is the only remaining Defendant in this case.

1         In light of the settlement, the remaining scheduled
2 dates are vacated.
3     IT IS SO ORDERED.
4 Dated:  July 20, 2005

                                            /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge