IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>ANDY RAKSTAD,<br><br>      Defendant. | 2:03-cv-2272-GEB-PAN<br><br>ORDER |

On August 10, 2005, the parties dismissed this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Therefore, the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:  August 30, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

1